# Exhibit 1



OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| (1) Christopher T. Cook,<br>and<br>(2) Alison C. Cook,<br>　　Plaintiffs,<br>v.<br>(1) State Farm Fire and<br>　Casualty Company, and<br><br>(2) Mainford Insurance<br>　Agency, Inc.,<br>　　Defendants. | No. CJ-2025-5624<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 08/07/2025<br><br><br>Judge: Stinson, Sheila |

# PARTIES

Cook, Alison C., Plaintiff
Cook, Christopher T., Plaintiff
Mainford Insurance Agency, Inc., Defendant
State Farm Fire and Casualty Company, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| BURRAGE, MICHAEL (Bar #1350)<br>WHITTEN BURRAGE<br>512 NORTH BROADWAY AVENUE, SUITE 300<br>OKLAHOMA CITY, OK 73102 | Cook, Christopher T.<br>Cook, Alison C. |
| Denne, Jake (Bar #35097)<br>512 NORTH BROADWAY AVENUE SUITE 300<br>OKC, OK 73102 | Cook, Christopher T.<br>Cook, Alison C. |
| MASTERS, PAIGE A (Bar #31142)<br>CROWE & DUNLEVY<br>A PROFESSIONAL CORPORATION BRANIFF BUILDING<br>324 N. ROBINSON AVE. SUITE 100<br>OKC, OK 73102 | Mainford Insurance Agency, Inc.,<br>State Farm Fire and Casualty Company, |



EXHIBIT 1

| Attorney | Represented Parties |
|---|---|
| Rother, Timila S (Bar #14310)<br>324 N ROBINSON AVE SUITE 100<br>OKC, OK 73102 | State Farm Fire and Casualty Company,<br>Mainford Insurance Agency, Inc., |
| SANDERS, JOHN (Bar #34990)<br>512 N BROADWAY AVE<br>STE 300<br>OKC, OK 73102 | Cook, Christopher T.<br>Cook, Alison C. |
| Sonne, Blake (Bar #20341)<br>512 NORTH BROADAY AVENUE SUITE 300<br>OKC, OK 73102 | Cook, Christopher T.<br>Cook, Alison C. |
| Whitten, Hannah (Bar #35261)<br>WHITTEN BURRAGE<br>512 NORTH BROADWAY AVE., SUITE 300<br>OKLAHOMA CITY, OK 73102 | Cook, Christopher T.<br>Cook, Alison C. |
| Whitten, Reggie (Bar #9576)<br>WHITTEN BURRAGE<br>512 N BROADWAY AVE<br>SUITE 300<br>OKLAHOMA CITY, OK 73102 | Cook, Christopher T.<br>Cook, Alison C. |

# EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed By: Cook, Christopher T.
Filed Date: 08/07/2025

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | # |
|---|---|---|---|
| 08-07-2025 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 |

| 08-07-2025 | [ INSURE ] | |
| --- | --- | --- |
| | BAD FAITH INSURER LIABILITY | |
| 08-07-2025 | [ DMFE ] | $ 7.00 |
| | DISPUTE MEDIATION FEE | |
| 08-07-2025 | [ PFE1 ] | $ 163.00 |
| | PETITION | |
| 08-07-2025 | [ PFE7 ] | $ 6.00 |
| | LAW LIBRARY FEE | |
| 08-07-2025 | [ OCISR ] | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 08-07-2025 | [ OCJC ] | $ 1.55 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 08-07-2025 | [ OCASA ] | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| 08-07-2025 | [ SSFCHSCPC ] | $ 10.00 |
| | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 08-07-2025 | [ CCADMINCSF ] | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 08-07-2025 | [ CCADMIN0155 ] | $ 0.16 |
| | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |
| 08-07-2025 | [ SJFIS ] | $ 0.45 |
| | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | |
| 08-07-2025 | [ DCADMIN155 ] | $ 0.23 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | |
| 08-07-2025 | [ DCADMIN05 ] | $ 0.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | |
| 08-07-2025 | [ DCADMINCSF ] | $ 1.50 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 08-07-2025 | [ CCRMPF ] | $ 10.00 |
| | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |
| 08-07-2025 | [ CCADMIN04 ] | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | |
| 08-07-2025 | [ LTF ] | $ 10.00 |
| | LENGTHY TRIAL FUND | |
| 08-07-2025 | [ SMF ] | $ 20.00 |
| | SUMMONS FEE X 2 | |
| 08-07-2025 | [ P ] | |
| | PETITION | |
| | Document Available (#1062565546) 🗎TIFF  📄PDF | |

**08-07-2025**  **[ EAA ]**

ENTRY OF APPEARANCE- ATTORNEYS REGGIE WHITTEN, MICHAEL BURRAGE, BLAKE SONNE, HANNAH WHITTEN, JOHN S. SANDERS AND JAKE DENNE FOR PLAINTIFFS

Document Available (#1062722623)   TIFF   PDF

**08-07-2025**  **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STINSON, SHEILA TO THIS CASE.

**08-07-2025**  **[ ACCOUNT ]**

RECEIPT # 2025-5908460 ON 08/07/2025.
PAYOR: WHITTEN & BURRAGE, LLP TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2025-5624: $183.00 ON AC01 CLERK FEES.
CJ-2025-5624: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2025-5624: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2025-5624: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2025-5624: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2025-5624: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2025-5624: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2025-5624: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2025-5624: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2025-5624: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2025-5624: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2025-5624: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**08-19-2025**  **[ SMS ]**

SUMMONS RETURN, SERVED

Document Available (#1062959840)   TIFF   PDF

**08-19-2025**  **[ SMS ]**

SUMMONS RETURN, SERVED

Document Available (#1062959885)   TIFF   PDF

**09-08-2025**  **[ EAA ]**

ENTRY OF APPEARANCE- ATTORNEY PAIGE A. MASTERS FOR DEFENDANTS

Document Available (#1063070111)   TIFF   PDF

**09-08-2025**  **[ EAA ]**

ENTRY OF APPEARANCE- ATTORNEY TIMILA S. ROTHER FOR DEFENDANTS

Document Available (#1063070107)   TIFF   PDF

**09-08-2025**  **[ A ]**

DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S ANSWER TO PLAINTIFF'S PETITION

Document Available (#1063070115)   TIFF   PDF

**09-08-2025**  **[ MO ]**

DEFENDANT MAINORD INSURANCE AGENCY, INC.'S MOTION TO DISMISS PETITION AND BRIEF IN SUPPORT

Document Available (#1063070119)   TIFF   PDF