**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CHRISTOPHER T. COOK and ALISON C. COOK,**<br><br>*Plaintiffs*,<br><br>**v.**<br><br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br><br>*Defendant*. | **CIV-25-1098-R** |

**PLAINTIFFS' EXPERT WITNESS LIST**

In compliance with the Court's Scheduling Order, Plaintiffs Christopher T. Cook and Alison C. Cook ("Plaintiffs") hereby submit this Expert Witness List. However, discovery is still ongoing. As such, this Expert Witness List is based on present knowledge only, and Plaintiffs reserve the right to modify, delete, add to, substitute or otherwise alter this Expert Witness List as discovery and trial preparation warrants. Although Plaintiffs have and continue to work diligently, the deadlines with respect to experts must be extended to allow for a full completion of discovery and allow Plaintiffs' experts to prepare fully informed, comprehensive, and accurate reports based on documents regarding the Wind/Hail Focus Initiative and other key documents that have been withheld by State Farm, which has been true across all of Plaintiffs' counsel's cases with State Farm.[1]

[1] Plaintiffs seek an extension of all remaining deadlines, including expert reports, by separate motion.

| NO. | NAME & ADDRESS | PROPOSED EXPERT TESTIMONY |
|---|---|---|
| 1. | Harry E. Coates, Jr.<br>Wallace Design Collective<br>123 North Martin Luther King Jr. Blvd.<br>Tulsa, OK 74103 | Roofing and Construction. Registered Roof Consultant (#0160) and will render opinions regarding his inspection of the subject property/roof, review of claim documents, the impact of the subject storm on the roof/property, damages sustained to the roof/property, standards in the roofing industry, and related issues. |
| 2. | Mark Romano<br>Romano Claims Consulting LLC<br>5265 Sunset Lake Road, PMB#6<br>Holly Springs, NC 27540 | Insurance and bad faith expert on industry standards, review and analysis of State Farm policies and procedures, relevant wind/hail documents including all aspects of the Wind/Hail Fire Enhancement Team, and related issues based on current discovery and discovery to be conducted. |
| 3. | Walt Haskins<br>311 East 11th St.<br>Tulsa, OK 74120 | Insurance and bad faith expert on industry standards, review and analysis of State Farm policies and procedures, relevant wind/hail documents including all aspects of the Wind/Hail Fire Enhancement Team, and related issues based on current discovery and discovery to be conducted. |
| 4. | Christopher W. Young, Ph.D.<br>Resolution Economics, LLC<br>550 Fifth Avenue, 6th Floor<br>New York, NY 10036 | Opinions based on expertise in economics, corporate finance, financial gains of State Farm, and other related financial opinions based on the Wind/Hail Fire Enhancement Team, indemnity and savings to State Farm, returns on investment, related analyses, damages, business ethics, overall business conduct, and other related issues based on discovery to be conducted. |

As discovery is still ongoing, Plaintiffs reserve the right to amend this Expert Witness list as necessary.

Respectfully submitted,

*s/ John Sanders*

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**WHITTEN BURRAGE**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically transmitted the above document to the Clerk of the Court and all parties of record using the Court's ECF filing System:

*/s John Sanders*
John Sanders